UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STERLING INTERNATIONAL CONSULTING GROUP, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENOVO (UNITED STATES) INC., LENOVO GROUP LIMITED, and SUPERFISH INC.,<br><br>Defendants. | Case No. 5:15-cv-00807-RMW<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| This document relates to:<br><br>ROSS M. BABBITT, on behalf of himself and all others similarly situated<br>Plaintiffs,<br><br>v.<br><br>LENOVO (UNITED STATES), INC., and SUPERFISH, INC.,<br><br>Defendants. | Case No. 5:15-cv-01712-PSG |

Pursuant to Civil Local Rule 3-12, Plaintiff Sterling International Consulting Group moves to relate this case, *Sterling Int'l Consulting Group v. Lenovo (United States), Inc., et al.*, Case No. 15-cv-00807-RMW, filed February 23, 2015, to a similar case filed in this district: *Babbitt v. Lenovo (United States), Inc., et al.,* Case No. 15-cv-01712-PSG, filed April 15, 2015. *See* Dkt. No. 33. The plaintiff in *Babbitt* agrees that the cases should be related and supports Sterling's motion,

ORDER GRANTING MOTION TO RELATE
15-cv-00807-RMW                                                      1

1  and Defendants Lenovo and Superfish do not oppose relation. *See* Dkt. No. 33, at 1.

2  Upon consideration of the foregoing motion, the papers submitted in support, and good
3  cause appearing, the Court hereby GRANTS the motion. The court has reviewed the *Babbitt* case,
4  and finds that it meets the criteria under Civ. L. R. 3-12 for relating cases.

5  **IT IS SO ORDERED** that *Babbitt v. Lenovo (United States), Inc., et al.,* Case No. 15-cv-
6  01712-PSG is related to *Sterling International Consulting Group v. Lenovo (United States) Inc., et
7  al.*, Case No. 15-cv-00807-RMW, and are assigned to the undersigned Judge.

8  A case management conference is set for June 19, 2015. The parties shall file a joint case
9  management statement in each case by June 12, 2015.

11  Dated: May 34, 2015

12  _____
13  Ronald M. Whyte
United States District Judge

ORDER GRANTING MOTION TO RELATE
15-cv-00807-RMW                                      2